U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

Aircraft Gear Corporation,
        Plaintiff,                              FILED: MAY 1, 2008
v.                                                       08cv2503 j. n.
Car Parts Whse. and EMPI, Inc.,                          JUDGE GUZMAN
        Defendants.                             MAG. JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aircraft Gear Corporation

| NAME (Type or print) |
| --- |
| Brett A. Hesterberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Brett A. Hesterberg |
| FIRM |
| LEYDIG, VOIT & MAYER, LTD. |
| STREET ADDRESS |
| Two Prudential Plaza, 180 N. Stetson, Suite 4900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-6731 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6187619 | (312) 616-5600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |