## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  08cv2503 |

Aircraft Gear Corporation
                Plaintiffs,

v.

Car Parts Whse., and EMPI, Inc.
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aircraft Gear Corporation

| NAME (Type or print) |
|---|
| Charles H. Mottier |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Charles H. Mottier |

| FIRM |
|---|
| LEYDIG, VOIT & MAYER, LTD. |

| STREET ADDRESS |
|---|
| Two Prudential Plaza, 180 N. Stetson, Suite 4900 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-6731 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180345 | 312-616-5600 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |