IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIRCRAFT GEAR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAR PARTS WHSE. and EMPI ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | Honorable Ronald A. Guzman <br><br> Case No.: 1:08-cv-02503 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to and subject to an agreement between Plaintiff, Aircraft Gear Corporation, and Defendant, EMPI Corporation, stipulating to the dismissal of this action, Plaintiff hereby dismisses its Complaint against all named Defendants without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Neither Defendant has served an answer or motion for summary judgment in this action.

Dated: July 23, 2008

By: /s/ Charles H. Mottier
Charles H. Mottier
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
E-Mail : cmottier@leydig.com
Phone: (312) 616-5600
Fax: (312) 616-5700

*Counsel for Aircraft Gear Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Aircraft Gear Corporation, hereby certifies that a copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE is being sent via facsimile and/or e-mail to counsel for the Defendant, EMPI Corporation:

> G. Donald Weber, Jr., Esq.
> 18442 Taft Avenue
> Villa Park, California 92861
> Fax: (714) 637-7470
> E-mail: gdw4iplaw@aol.com

and via U.S. Mail to the Defendant, Car Parts Whse.:

> Mr. George Stuckey
> Car Parts Whse.
> 908 East Palmetto Street
> Florence, South Carolina 29506

this 23rd day of July, 2008.

Brett A. Hesterberg